UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CV-60760-COHN/SELTZER

STATE NATIONAL INSURANCE COMPANY,

    Plaintiff,

vs.

AL LAMBERTI, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY SHERIFF'S OFFICE,

    Defendants,
_____/

SHERIFF AL LAMBERTI, in his official capacity
as Sheriff of Broward County, Florida,

    Counter-Plaintiff,

vs.

STATE NATIONAL INSURANCE COMPANY,

    Counter-Defendant.
_____/

**ORDER GRANTING MOTION TO SET TRIAL DATE CERTAIN ON CURRENT CALENDAR**
**ORDER GRANTING MOTION FOR ORAL ARGUMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Oral Argument [DE 41] and Motion to Set Trial Date Certain [DE 35]. Upon a review of the Motions and being otherwise fully informed in the premises, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Motion for Oral Argument [DE 41] is hereby **GRANTED**;

2.    Plaintiff's Motion to Set Trial Date Certain [DE 35] is hereby **GRANTED**;[1]

---

[1] Although the time for any opposition to the motion has not yet passed, the Court understands via Defendant's counsel that Plaintiff takes no position on the motion, and perhaps does not oppose the motion as long as the trial is not delayed. The Court will keep the current trial schedule in setting the date certain.

3. The trial in this case is specially set for the current trial date of Monday, March 30, 2009, with the Calendar Call remaining set for Thursday, March 26, 2009 at 9:00am;

4. A hearing is hereby set on the parties' cross-motions for summary judgment for Friday, March 13, 2009 at 9:00am.  Each side will have 20 minutes for argument;

5. The parties' responses to the motions for summary judgment shall be due Monday, February 23, 2009, with replies due by 12 noon on March 5, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of February, 2009.

JAMES I. COHN
United States District Judge

copies to:

Counsel of record on CM/ECF